25576. WALDEN *v*. THE STATE.

BROYLES, C. J. The evidence, while circumstantial, was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis except that of the defendant's guilt of the offense charged; and the special grounds of the motion for a new trial (several of which are too incomplete to raise any question for the consideration of this court) show no cause for another hearing of the case.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
DECIDED MAY 19, 1936.

J. C. Bowden, for plaintiff in error.

John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson, contra.